STUART BARASCH
California Bar #74108
925 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
310-673-8366
800-445-2930
Fax 213-621-2536

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL A. PIESTRUP, | CV-F 05–579-LJO |
| Plaintiff, | Hon. Lawrence J. O'Neill<br>United States Magistrate Judge |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HIS OPENING BRIEF |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidence below, to extend the time for Plaintiff to file and serve his opening brief, pursuant to numbered paragraph 6 of the Court's Scheduling Order ("Order"), to April 1, 2006; and that all other scheduling dates set forth in the Order shall be extended accordingly.

//
//
//
//
//

1

The reason for the within stipulation is as follows:

Because of a heavy calendar and in order for the plaintiff to prepare the materials necessary to file his opening brief. This is plaintiff's first request for an extension of time.

DATED: February 16, 2006          *S/Stuart Barasch*
                                  STUART BARASCH, Attorney for
                                  Plaintiff Daniel A. Piestrup


DATED: February 16, 2006          McGREGOR W. SCOTT
                                  United States Attorney


                                  *S/Kristi C. Kapetan*
                                  KRISTI C. KAPETAN
                                  Assistant United States Attorney
                                  Attorneys for Federal Defendant
                                  JO ANNE B. BARNHART, Commissioner
                                  of Social Security

IT IS SO ORDERED.

**Dated:   February 17, 2006**          /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES MAGISTRATE JUDGE

2