```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4036

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL A. PIESTRUP, | ) | 1:05-cv-0579 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO EXTEND |
| v. | ) | TIME |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from May 2, 2006 to June 1, 2006.

///
///
///
///
///
///
///
///
///

1  This is defendant's first request for an extension of time to
2  file a response to plaintiff's opening brief.  Defendant needs the
3  additional time to further review the file and prepare a response in
4  this matter.

5                              Respectfully submitted,

7  Dated: May 1, 2006          /s/ Stuart Barasch
                                (As authorized via facsimile)
8                               STUART BARASCH
                                Attorney for Plaintiff

11 Dated: May 1, 2006          McGREGOR W. SCOTT
                                United States Attorney

13                              /s/ Kristi C. Kapetan
                                KRISTI C. KAPETAN
14                              Assistant U.S. Attorney

15 IT IS SO ORDERED.

16 **Dated:   May 2, 2006**         **/s/ Lawrence J. O'Neill**
   b9ed48                       UNITED STATES MAGISTRATE JUDGE