```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4036
 5
    Attorneys for Defendant
 6

 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                       EASTERN DISTRICT OF CALIFORNIA
 9

10  DANIEL A. PIESTRUP,            )   1:05-cv-0579 LJO
                                   )
11             Plaintiff,          )
                                   )   STIPULATION AND ORDER
12        v.                       )   FOR REMAND PURSUANT TO
                                   )   SENTENCE FOUR OF 42 U.S.C.
13  JO ANNE B. BARNHART,           )   § 405(g), and
    Commissioner of Social         )
14  Security,                      )   REQUEST FOR ENTRY OF JUDGMENT
                                   )   IN FAVOR OF PLAINTIFF AND
15             Defendant.          )   AGAINST DEFENDANT
    _____)
16
```

17      IT IS HEREBY STIPULATED, by and between the parties, through

18 their respective counsel of record, that this action be remanded

19 to the Commissioner of Social Security for further administrative

20 action pursuant to section 205(g) of the Social Security Act, as

21 amended, 42 U.S.C. § 405(g), sentence four.

22      On remand, the Administrative Law Judge (ALJ) will be

23 instructed to take the following action:

24      1.  Further consider the opinions by Dr. Wilson and Dr.

25 Hedberg;

26      2.  Further consider Plaintiff's mental impairment(s) in

27 accordance with the regulations;

28      3.  Consider Plaintiff's possible obesity in accordance with

Social Security Ruling (SSR) 02-1p;

4. Obtain medical expert (ME) testimony clarifying the severity of Plaintiff's mental impairment(s) and the resulting limitation(s); and

5. Obtain medical expert and vocational expert (VE) testimony regarding Plaintiff's overall mental and physical residual functional capacity (RFC) and vocational ability.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Jo Ann B. Barnhart, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: May 10, 2006        /s/ Stuart Barasch
                           (As authorized via facsimile)
                           STUART BARASCH
                           Attorney for Plaintiff

Dated: May 11, 2006        McGREGOR W. SCOTT
                           United States Attorney


                           /s/ Kristi C. Kapetan
                           KRISTI C. KAPETAN
                           Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   May 13, 2006**            **/s/ Lawrence J. O'Neill**
b9ed48                               UNITED STATES MAGISTRATE JUDGE